UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Harvey McDaniels,

        Plaintiff,

vs.

Judge Jessie Walsh et al.,

        Defendants.

Case No.: 2:14-cv-1791-JAD-GWF

**Order Adopting Report and Recommendation (#7)**

    Magistrate Judge George Foley entered a report and recommendation on March 27, 2015, recommending dismissal of plaintiff Harvey McDaniels's complaint with prejudice. Doc. 7. Objections were due April 13, 2015. McDaniels filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1]

    Accordingly, and with good cause appearing,

    It is hereby ORDERED that Magistrate Judge Foley's report and recommendation **[Doc. 7] is ADOPTED**.

    It is FURTHER ORDERED that McDaniels's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to close this case.

    DATED: April 16, 2015.

                                            Jennifer A. Dorsey
                                            United States District Court Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).